IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01346-MSK-MEH

LNC COMMUNITIES II, LLC, f/k/a Genesee Communities II, LLC, successor by merger to Genesee Communities, II, Inc.,
THE GENESEE COMPANY, LLC, f/k/a Fortress Genesee I, LLC, successor by merger to The Genesee Company,
LENNAR COLORADO, LLC, successor by merger to The Genesee Company, LLC, and
LENNAR FAMILY OF BUILDERS LIMITED PARTNERSHIP,

      Plaintiffs,

v.

AMERICAN SAFETY RISK RETENTION GROUP, INC.,
GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA N/K/A ONEBEACON INSURANCE COMPANY,
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,
THE OHIO CASUALTY INSURANCE COMPANY, and
CHARTIS CLAIMS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2011.**

      For good cause shown, the Unopposed Motion to Amend Caption to Include Proper Name of Defendant OneBeacon Insurance Company [filed July 20, 2011; docket #33] is **granted**. The Clerk of the Court is directed to amend the caption to identify the incorrectly named Defendant "OneBeacon Insurance Company f/k/a General Accident Insurance Company of America" as "General Accident Insurance Company of America n/k/a OneBeacon Insurance Company," as set forth above.