IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01346–MSK–KMT


LNC COMMUNITIES II, LLC, formerly known as GENESEE COMMUNITIES II, LLC, successor by merger to GENESEE COMMUNITIES II, INC.,
THE GENESEE COMPANY, LLC, formerly known as FORTRESS GENESEE I, LLC, successor by merger to THE GENESEE COMPANY,
LENNAR COLORADO, LLC, successor by merger to THE GENESEE COMPANY, LLC, and
LENNAR FAMILY OF BUILDERS LIMITED PARTNERSHIP,

    Plaintiffs,

v.

AMERICAN SAFETY RISK RETENTION GROUP, INC.,
GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, n/k/a ONEBEACON INSURANCE COMPANY,
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,
THE OHIO CASUALTY INSURANCE COMPANY, and
CHARTIS CLAIMS, INC.,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants The Insurance Company of the State of Pennsylvania ("ICSOP") and Chartis Claims' "Unopposed Motion to Amend Scheduling Order to Extend the Time for Joinder of Additional Parties <u>And Amendment of Pleadings</u>" (Doc. No. 62, filed Oct. 20, 2011) is GRANTED. The deadline for joining parties and amending the pleadings is extended until the earlier of (1) fourteen days after the ruling on ICSOP and Chartis Claims' proposed motion to dismiss or (2) January 27, 2012. Defendants ICSOP and Chartis Claims' "Unopposed Motion for Forthwith Hearing on Unopposed Motion to Amend Scheduling Order" (Doc. No. 63, filed Oct. 20, 2011) is DENIED as moot.

Dated: October 21, 2011